

# TENNESSEE BUREAU OF WORKERS' COMPENSATION
## IN THE COURT OF WORKERS' COMPENSATION CLAIMS

| | |
|---|---|
| BARRY STRATTON,<br>  Employee,<br>v.<br>NEW BERN TRANSPORT<br>  Employer,<br>and<br>INDEMNITY INS. CO.<br>  Carrier. | ) Docket No. 2020-03-0969<br>)<br>)<br>) State File No. 35835-2020<br>)<br>)<br>) Judge: JOHNSON<br>) |

## AGREED COMPENSATION ORDER

This case came before the Court on Employee's Petition for Benefit Determination for enforcement of post settlement medical benefits. Specifically, Employee was seeking a return appointment with the authorized treating physician, Luke Madigan, M.D.

It appearing to the Court that the matter has now been resolved and Employer has authorized and set a return appointment with Dr. Madigan on December 4, 2025. Medical benefits remain open under the previous settlement agreement.

Accordingly, this matter is dismissed. Costs are taxed to the Employer.

ENTERED _____November 20_____, 2025.

*Pamela B Johnson*
Workers' Compensation Judge

Revised 12/9/2024

Approved for Entry:

EMPLOYER ATTORNEY:

_____
**AMEESH KHERANI**-BPR#30218
112 Cumberland Lane
Jacksboro, TN 37757
423-562-7085

EMPLOYER ATTORNEY:

_____
**JOHN R. LEWIS**-BPR#13007
P.O. Box 58703
Nashville, TN 37205
615-248-8665

## CERTIFICATE OF SERVICE

I certify that a copy of this Order was sent as indicated on __November 20, 2025__ .

| Name | Mail | Via Email | Service sent to: |
|---|---|---|---|
| Ameesh Kherani, Employee's Attorney | | X | akherani@kheranilaw.com |
| John R. Lewis, Employer's Attorney | | X | john@johnlewisattorney.com |

_Penny Shrum_

**PENNY SHRUM, COURT CLERK**
**Wc.courtclerk@tn.gov**